**Order filed October 17, 2017**



**In The**

## Court of Appeals

**For The**

## First District of Texas

———————————

### NO. 01-16-00651-CR

———————————

**HUNTER RYAN HAMILTON WOODS,**
**Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 232nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1442018**

---

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of State's Exhibits 20 and 29, admitted in the jury trial held on July 12, 2016.

The exhibit clerk of the 232nd District Court is directed to deliver to the Clerk of this Court the original of State's Exhibit 20, a CD, and State's Exhibit 29, a DVD, admitted in the jury trial held on July 12, 2016, **on or before October 31, 2017**. The Clerk of this Court is directed to receive, maintain, and keep safe these original exhibits; to deliver them to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibits 20 and 29, to the clerk of the 232nd District Court.

**PER CURIAM**